1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   SALVADOR ALCAZAR-VARELAS
7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:13-CR-0232 MCE
                                   )
14              Plaintiff,         )
                                   ) **STIPULATION AND ORDER**
15      v.                         ) **CONTINUING STATUS CONFERENCE**
                                   ) **AND EXCLUDING TIME**
16 SALVADOR ALCAZAR-VARELAS,       )
                                   )
17              Defendant.         ) Date:  August 8, 2013
                                   ) Time:  9:00 a.m.
18 _____ ) Judge: Hon. Morrison C. England

19

20      It is hereby stipulated and agreed between defendant, Salvador
21 Alcazar-Varelas, and plaintiff, United States of America, that the status
22 conference scheduled for August 8, 2013, may be rescheduled for September
23 5, 2013, at 9:00 a.m.

24      This is a new case and requires investigation before the defense
25 before it may be further scheduled. An investigator has been assigned
26 and work is expected to begin this month. In order to complete necessary
27 investigation and review, the parties agree that the interests of justice
28 outweigh the best interests of the public and Mr. Alcazar-Varelas in a

speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through September 5, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: August 6, 2013      /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for SALVADOR ALCAZAR-VARELAS

BENJAMIN WAGNER
United States Attorney

Dated: August 6, 2013      /s/ T. Zindel for C. Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

**O R D E R**

The status conference currently scheduled for August 8, 2013, is continued to **September 5, 2013, at 9:00 a.m.** in Courtroom 7. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this Order through September 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Date: August 07, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT