| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, Bar #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
SALVADOR ALCAZAR-VARELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:13-CR-0232 MCE |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| SALVADOR ALCAZAR-VARELAS, | ) | |
| | ) | |
| Defendant. | ) | Date: August 8, 2013 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Salvador Alcazar-Varelas, and plaintiff, United States of America, that the status conference scheduled for September 5, 2013, may be rescheduled for October 3, 2013, at 9:00 a.m.

This is a new case and requires investigation before the defense before it may be further scheduled. An investigator has been assigned and work is expected to begin this month. In order to complete necessary investigation and review, the parties agree that the interests of justice outweigh the best interests of the public and Mr. Alcazar-Varelas in a

speedy trial and ask the Court to exclude time under the Speedy Trial Act from the date of this order through October 3, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 3, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for SALVADOR ALCAZAR-VARELAS

BENJAMIN WAGNER
United States Attorney

Dated: September 3, 2013  /s/ T. Zindel for C. Highsmith
CHRISTIAAN HIGHSMITH
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to October 3, 2013, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 3, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: September 4, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT