1    HEATHER E. WILLIAMS, #122664
Federal Defender
2    TIMOTHY ZINDEL, #158377
Assistant Federal Defender
3    801 I Street, 3rd Floor
Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
5    916-498-5700/Fax 916-498-5710

6    Attorney for Defendant
SALVADOR ALCAZAR-VARELAS
7

8                IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,    ) Case No.  2:13-CR-0232-MCE
                                       )

12                 Plaintiff,    ) **STIPULATION AND ORDER CONTINUING**
                                         ) **STATUS CONFERENCE AND EXCLUDING**

13         vs.                   ) **TIME**
                                         )

14    SALVADOR ALCAZAR-VARELAS,   ) Date:  October 3, 2013
                                         ) Time:  9:00 a.m.

15                 Defendant.   ) Judge:  Hon. Morrison C. England
                                         )

16    _____ )

17

18         It is hereby stipulated and agreed between defendant, Salvador Alcazar-Varelas, and

19    plaintiff, United States of America, that the status conference scheduled for October 3, 2013,

20    may be rescheduled for November 7, 2013, at 9:00 a.m.

21         This case requires investigation before the defense before it may be further scheduled.

22    An investigator has been assigned and work has begun.  In order to complete necessary

23    investigation and review, the parties agree that the interests of justice outweigh the best interests

24    of the public and Mr. Alcazar-Varelas in a speedy trial and ask the Court to exclude time under

25    the Speedy Trial Act from the date of this order through November 7, 2013, pursuant to Title 18,

26    / / /

27    / / /

28

United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 1, 2013      /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for SALVADOR ALCAZAR-VARELAS


                            BENJAMIN WAGNER
                            United States Attorney


Dated:  October 1, 2013     /s/  T. Zindel for C. Highsmith
                            CHRISTIAAN HIGHSMITH
                            Assistant U.S. Attorney

**O R D E R**

The status conference is continued to November 7, 2013, at 9:00 a.m.  The court finds

that a continuance is necessary for the reasons stated above and that the ends of justice served by

granting a continuance outweigh the best interests of the public and the defendant in a speedy

trial.  Time is therefore excluded from the date of this order through November 7, 2013, pursuant

to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 2, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT